

# WILENTZ, GOLDMAN & SPITZER P.A.

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6021
Direct Fax: (732) 726-6689

December 1, 2011

**RECEIVED DEC - 6 2011 AT 8:30 WILLIAM T. WALSH, CLERK**

<u>VIA USPS EXPRESS MAIL OVERNIGHT</u>
The Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  **RE:** **Safar v. Cox Enterprises Inc, et al.**
     **Civil Action No.: 10-3069 (JLL)**

Dear Judge Hammer:

  Please be advised that this firm represents Plaintiffs in the above-captioned matter that was previously case managed by Your Honor on October 5, 2011. As the Court will recall, at the time of the October 5, 2011 case management conference, Your Honor extended the period for fact discovery due to the fact that the two representatives of defendant identified with knowledge of plaintiff's incident, and who responded to the scene and completed incident reports, were unavailable. Specifically, Kathy Giordano, had experienced a stroke and was recovering and Karl Kilpatrick had been terminated wherein defense counsel was to provide me with a last known address for Mr. Kilpatrick.

  Via letter dated November, 15, 2011 (copy attached hereto) defense counsel, for the first time, provided me with the last known address for Mr. Kilpatrick, however, in this same letter, I was informed by counsel that I would not have the opportunity prior to the current fact discovery deadline to depose Ms. Giordano because she has not been medically cleared by her physician. As the Court is aware, plaintiff cannot complete discovery with respect to the liability issues in this matter without deposing Mr. Kilpatrick and Ms. Giordano. I have discussed this matter with defense counsel, Douglas Sanchez, and he has advised me that Ms. Giordano will likely not be available for her deposition until January 2012.

#6203507.1


**WILENTZ, GOLDMAN & SPITZER P.A.**

Page 2

Since the October 5, 2011 case management conference, the subject location of plaintiff's fall was made available for inspection by defendants and my engineering expert conducted an inspection of same on November 21, 2011. Additionally, a subpoena for Mr. Kilpatrick's deposition is in the process of being served and same is scheduled for January 5, 2012.

Accordingly, in light of the foregoing, I respectfully request that the Court conduct a brief telephone status conference to discuss these discovery issues and entertain an extension of time for plaintiffs to conduct fact discovery.

I thank the Court for its attention and courtesy in this matter.

Respectfully submitted,

GIOVANNI (JOHN) ANZALONE

GA/ja
Enclosures
cc:   Douglas V. Sanchez, Esq.

---

ORDER ON INFORMAL APPLICATION:

Plaintiffs' request to extend fact discovery is granted — FACT DISCOVERY SHALL BE COMPLETED BY JANUARY 31, 2012; AFFIRMATIVE EXPERT REPORTS SHALL BE SUBMITTED BY MARCH 1, 2012; RESPONSIVE EXPERT REPORTS SHALL BE SUBMITTED BY APRIL 1, 2012; EXPERT DISCOVERY SHALL CLOSE ON MAY 1, 2012; THE 2/28/12 Settlement conference shall be converted to a telephone status conference during which the Court will SET A NEW DATE FOR THE SETTLEMENT CONFERENCE.

THERE WILL BE NO FURTHER EXTENSIONS OF THE FOREGOING DEADLINES.

So ORDERED.

Michael A. Hammer, USMJ
12/9/11

#6203507.1